ACCEPTED
04-15-00465-CV
FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS
9/11/2015 5:46:53 PM
KEITH HOTTLE
CLERK

## NO. 04-15-00465-CV

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS
09/11/2015 5:46:53 PM
KEITH E. HOTTLE
Clerk

**IN THE COURT OF APPEALS
FOURTH SUPREME JUDICIAL DISTRICT
SAN ANTONIO, TEXAS**

---

**ADOLFO MARTINEZ,
APPELLANT,
VS.
NOEL P. BENAVIDES, ET AL.,
APPELLEES.**

---

**From the 229th Judicial District Court
of Starr County, Texas
Trial Court Case DC-03-350**

---

**FIRST MOTION TO EXTEND TIME
TO FILE APPELLANT'S BRIEF**

---

**TO THE HONORABLE COURT OF CIVIL APPEALS FOR THE
FOURTH JUDICIAL DISTRICT**

---

The Appellant ADOLFO MARTINEZ files this First Motion to Extend the Time to File the Brief of Appellant for a term of thirty days pursuant to Rule 10.5(b) of the Texas Rules of Appellate Procedure. In support of this First Motion to Extend Time to File Appellant's Brief, the Appellant would respectfully show the Court as follows:

1. The deadline for filing the Appellant's Brief is Saturday, September 12th, 2015.

2. The Appellant relies on the following facts to reasonably explain the need for the extension of thirty days to file the Appellant's Brief as required by Rule 10.5b of the Texas Rules of Appellate Procedure:

   A. The Appellant's attorney has done considerable legal research for the preparation of the Appellant's Brief, but he has not been able to complete the final version because his time has been severely curtailed by his attending to old and new clients and interviewing witnesses and visiting lands in dispute in civil cases he is involved in and by his attending to pre-trial and trial settings and writing trial and appellate briefs including an Appellees' Brief filed with this Honorable Court of Appeals on August 27th, 2015, and, also, in the filing of pre-trial motions and original petitions in other civil cases.

   B. Further, the Appellant's attorney has also been engaged in preparing and serving discovery requests in several civil cases.

## PRAYER

Therefore, the Appellant prays for an extension of thirty days to file the Appellant's Brief in the above- referenced and numbered appeal. The Appellant requests that he be granted general relief.

Respectfully submitted,

/S/ *Margil Sanchez, Jr.,*

Margil Sanchez, Jr.,
Attorney at Law

Margil Sanchez, Jr.
Attorney at Law
P.O. Box 297
Rio Grande City, Texas, 78582
Tel. No. 956-487-7575
Fax No. 956-487-8491
Bar I.D. No. 17570800

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the Appellant's First Motion for Extension of Time to File Appellant's Brief was sent by certified mail number 7014 3490 0000 8721 1131, return receipt requested, to Carmen Ramirez, Attorney-at-Law, 4715 S. Jackson Road, Edinburg, Texas, 78539-8300, on September 11, 2015.

/S/ *Margil Sanchez, Jr.,*
Margil Sanchez, Jr.
Attorney at Law

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the Appellant's First Motion for Extension of Time to File Appellant's Brief was sent by certified mail number 7014 3490 0000 8721 1100, return receipt requested, to Edmundo Ramirez, Attorney at Law, Ellis, Koeneke, Ramirez & Bishop, L.L.P., 1101 Chicago Ave., McAllen, Texas, 78501-4822, on September 11th, 2015.

/S/ *Margil Sanchez, Jr.,*
Margil Sanchez, Jr.
Attorney at Law